# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MARTIN ELIZONDO RODRIGUEZ (3),<br><br>　　　　　　　Defendant. | Case No. 94CR1391-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |

Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Indictment in the above entitled case against defendant Martin Elizondo Rodriguez. The defendant is hereby discharged as to this case only and the arrest warrant issued on December 14, 1994 is hereby recalled.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 21, 2016

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE MARILYN L. HUFF
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-